UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES WIRTH | CIVIL ACTION |
| VERSUS | NO. 08-4556 |
| STANDARD FIRE INSURANCE COMPANY | SECTION "S" (2) |

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendant's Motion to Compel Discovery and Award Attorney's Fees and Costs, Record Doc. No. 10, set for hearing on July 8, 2009 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED. Plaintiff is **HEREBY ORDERED** to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. In addition,

plaintiff is **ORDERED** to pay to defendant $450.00 in attorney's fees under Fed. R. Civ. P. 37(a)(5)(A) for his complete failure to respond to discovery served on April 23, 2009.

New Orleans, Louisiana, this <u>  8th  </u> day of July, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE